**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | |
|---|---|
| **IN RE:** | **Case No: 18-44416-MXM** |
| **Victoriano Tomas Mendoza (xxx-xx-7503)**<br>**Aja Ruth-Helen Mendoza (xxx-xx-4704)**<br>**5722 TRAILCREST DR**<br>**ARLINGTON, TX 76107** | **Chapter 13** |
| **DEBTORS** | |

**NOTICE OF:**
**DEADLINE FOR OBJECTION TO CONFIRMATION**

**Friday, January 4, 2019** is the last day for filing **Objections** to Confirmation of Debtor's Chapter 13 Plan .

**TRUSTEE'S PRE-HEARING CONFERENCE**

**Friday, January 11, 2019** is the date set for the 8:30 AM Trustee's **Pre-Hearing Conference** Regarding Confirmation at the Trustee's Office: **7001 Blvd 26, Suite 150, North Richland Hills, TX 76180**. DOCKET CALL WILL BE AT 8:30 AM.

**CONFIRMATION HEARING**

If an Objection to Confirmation of Debtors' Chapter 13 Plan is filed, and not resolved at the Trustee's Pre-hearing Conference; then this matter will be called at the docket call to be held at 8:30 a.m. on **Thursday, January 17, 2019** at the U.S. Bankruptcy Court, 501 W. 10th Street, Rm 128, Fort Worth, TX, with the hearing on the matter immediately following the conclusion of the docket call.

GENERAL ORDER 2017-01 governs Chapter 13 cases in the Northern District of Texas. A copy may be obtained from the Court's Website www.txnb.uscourts.gov; from the Chapter 13 Trustee's website www.13network.com/trustees/fww/fwwhome.asp; or by contacting the Trustee's office at 817-916-4710 for a free copy.

/s/ Pam Bassel
_____
Pam Bassel, Chapter 13 Trustee
7001 Blvd 26, Ste 150
North Richland Hills, TX 76180
Telephone: (817) 916-4710
Facsimile: (817) 916-4770

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the above and foregoing Notice was served by United States first class mail, postage paid, or electronically by the Court, upon the: Debtors; Debtors' counsel; the parties listed on the Debtors' mailing Matrix on file with the Court; those parties making an appearance; and upon the Office of the United States Trustee for the Northern District of Texas, on the same date it was filed.

/s/ Pam Bassel
_____
Pam Bassel