M. Paul Wright
State Bar No. IL 6298791
MP Wright Law Group, PLLC
2501 Main St., Suite 100
Dallas, TX 75226
214.420.6465 (P)
469.327.2902 (F)

ATTORNEY FOR DEBTORS

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | |
|---|---|
| IN RE: § § § | |
| VICTORIANO TOMAS MENDOZA § | CASE NO. 18-44416-MXM-13 |
| AJA RUTH-HELEN MENDOZA § | |
| Debtors § § | CHAPTER 13 |

## DEBTORS' RESPONSE TO TRUSTEE'S NOTICE OF INTENT TO DISMISS

1. Debtors Victoriano Tomas Mendoza and Aja Ruth-Helen Mendoza filed a voluntary Chapter 13 bankruptcy petition on 11/6/2018.

2. On 12/7/2018 the Office of the Standing Chapter 13 Trustee filed its Notice of Intent to Dismiss because Trustee alleges Debtors are delinquent first Trustee payment.

3. Debtors will cure the balance owed prior to the deadline in the Trustee's Notice.

4. For these reasons Debtors requests his/her case to not dismiss and that the Office of the Standing Trustee allow Debtors to remain on the Court's active docket and update its records to accurately reflect that Debtor is current. Moreover, Debtors requests the Trustee to withdraw its Notice of Intent to Dismiss.

Dated: December 10, 2018

Respectfully Submitted,

MP Wright Law Group, PLLC

/s/ M. Paul Wright
M. Paul Wright
State Bar No. IL 6298791
MP Wright Law Group, PLLC
2501 Main St., Suite 100
Dallas, TX 75226
214.420.6465 (P)
469.327.2902 (F))

ATTORNEY FOR DEBTORS