PAM BASSEL STANDING CHAPTER 13 TRUSTEE
Bar No. 01344800
7001 Blvd. 26, Suite 150
North Richland Hills, TX 76180
Phone (817) 916-4710
Fax (817) 916-4770

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

IN RE:                                                                                                                     **CASE NO.:**     18-44416-MXM-13

**VICTORIANO TOMAS MENDOZA**
        5722 TRAILCREST DR.
        ARLINGTON, TX 76107
        SSN/TIN: XXX-XX-7503

**AJA RUTH-HELEN MENDOZA**
        AJA R STOVER
        5722 TRAILCREST DR.
        ARLINGTON, TX 76107
        SSN/TIN: XXX-XX-4704

**DEBTOR(S)**

**NOTICE OF HEARING ON TRUSTEE'S NOTICE OF INTENT TO DISMISS**

TO ALL PARTIES IN INTEREST:

    You are hereby notified of the filing of the foregoing Trustee's Notice of Intent to Dismiss and Notice of Hearing thereon. A Pre-Hearing Conference will be held on **DECEMBER 28, 2018** at 8:30 a.m. by the Trustee at 7001 Blvd 26, Suite 150 North Richland Hills, TX 76180.  If the matter is not resolved at the Trustee's Pre-hearing Conference, this matter will be called at the docket call to be held on **JANUARY 17, 2019** at 8:30 AM in **ROOM 128** at U.S. Courthouse, 10th and Lamar St., Fort Worth, TX, with the hearing on the matter immediately following the conclusion of the docket call.

                                                     Respectfully submitted,

                                     By:    /s/ Ethan S. Cartwright
                                                  Ethan S. Cartwright, Staff Attorney
                                                  Bar No.  24068273
                                                  PAM BASSEL STANDING CHAPTER 13 TRUSTEE
                                                  Bar No. 01344800
                                                  7001 Boulevard 26, Suite 150
                                                  North Richland Hills, TX 76180
                                                  (817) 916-4710 Phone
                                                  (817) 916-4770 Fax

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the above and foregoing instrument was served on the date that the instrument was filed electronically. Service was accomplished electronically and/or by first class mail on the Debtor, Debtor's attorney, and any parties required to receive electronic notice.

                                   By:    /s/ Ethan Cartwright
                                              Ethan S. Cartwright